# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Linton, | No. CV-23-00796-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Brookdale Senior Living Incorporated, | |
| Defendant. | |

Upon review of the parties' Stipulation to Dismiss (Doc. 16), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 16). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** denying as moot, Defendant's Motion to Compel Arbitration (Doc. 14).

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 25th day of October, 2023.

Honorable John J. Tuchi
United States District Judge